THEDA SANNIT, as Administratrix of the Estate of RAYMOND D. SANNIT, Deceased, Plaintiff, *v.* BUFFALO WIRE WORKS CO., INC., et al., Defendants, and ELMER J. DOYLE, Doing Business as DOYLE PAINTING Co., Defendant and Third-Party Plaintiff-Appellant. FLEISHER ENGINEERING AND CONSTRUCTION CO., Third-Party Defendant-Respondent, et al., Third-Party Defendants.

Argued May 15, 1951; decided May 24, 1951.

*Reid S. Moule* and *J. Couper Lord* for appellant.

*James R. Ulsh* and *Chester McNeil* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.